IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO COUNTY RETIRED EMPLOYEES ASSOCIATION ("SCREA"); BETTY PRESTWICH; RUTHIE ROGERS; WARREN HARDING; JOHN ABERNATHY; NATALIE REMSON; BETTY FLORES; and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE COUNTY OF SACRAMENTO,<br><br>        Defendant. | 2:11-cv-00355-GEB-EFB<br><br>ORDER |

      I am disqualifying myself as the judge to whom this case is assigned, pursuant to 28 U.S.C. § 455(a). All currently scheduled dates are vacated. The Clerk of the Court shall randomly reassign this case, and make the appropriate adjustments in light of the reassignment.

Dated: July 19, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge